IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. DNCW3:05CR376 |
| | ) | (Financial Litigation Unit) |
| ZEYAD DIRI | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| RAIN TREE COUNTRY CLUB, | ) | |
| Garnishee. | ) | |

## DISMISSAL OF CONSENT ORDER OF CONTINUING GARNISHMENT

Upon Motion of the United States for the reasons stated therein and for good cause shown,

it is ORDERED that the Consent Order of Continuing Garnishment filed in this case against

Defendant Zeyad Diri is DISMISSED.

**SO ORDERED**.

Signed: June 29, 2015

_____

David S. Cayer
United States Magistrate Judge